BRIAN P. BERSON, ESQ.
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Attorney for Defendant
ARAMIYA BURRELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR 23-191-AMO |
|---|---|
| Plaintiff, | **CORRECTED RESPONSE TO COURT'S RESTITUTION BRIEFING ORDER (DKT. 547)** |
| v. | |
| ARAMIYA BURRELL, | |
| Defendant. | |

In the government's sentencing brief regarding Mr. Burrell, it stated that it is not seeking restitution from Mr. Burrell. Dkt. 536 at p.18. Therefore, Mr. Burrell should not be required to pay any restitution.

Dated: 11/24/2025

                                            /s/
                                     Brian P Berson
                                     Attorney for Aramiya Burrell